GASTON & COMPANY, INC., v. ALFRED STORCH (HARRY UTLEY, Defendant).—
Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell,
McAvoy and Martin, JJ.

GASTON & Co., INC., v. INDEPENDENCE INDEMNITY COMPANY.— Motion denied,
with ten dollars costs. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

JAMES NICKAS v. ATHOS DIMAN and Others.— Motion to dismiss appeal granted,
with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and
Martin, JJ.

MARYLAND HOTEL CORPORATION v. CHATHAM AND PHENIX NATIONAL BANK
OF THE CITY OF NEW YORK.— Application denied, with ten dollars costs. Pres-
ent — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NEWS SYNDICATE CO., INC., v. JOSEPH SCHWARTZ, etc.— Application denied,
with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and
Martin, JJ.

TOWERS STORES, INC., v. BENNO LEVISON and Others.— Application granted.
Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EARLINGTON REALTY CORPORATION v. LOUIS L. SCHWARTZ, etc.— Application
denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy
and Martin, JJ.

JAMES A. ALLEN, as Receiver of the Property of KATHERINE A. MCARDLE v.
JOHN J. MEENAN, INC.— Application denied. Present — Clarke, P. J., Dowling,
Finch, McAvoy and Martin, JJ.

JESSIE L. LOUDERBACK v. THE BOARD OF EDUCATION OF THE CITY OF NEW
YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling,
Finch and McAvoy, JJ.

JOHN F. MAHONEY, as Administrator, etc., of ROBERT MAHONEY, Deceased,
v. G. B. SEELY'S SONS, INC.— Motion denied, with ten dollars costs. Present —
Clarke, P. J., Merrell, Finch and Martin, JJ.

COUGHLAN & COMPANY, INC., v. LOUIS FRANKEL.— Motion granted. Present
— Clarke, P. J., Merrell, Finch and Martin, JJ.

LEW JOFFE v. ADOLPH PENN and Others.— Motion denied, with ten dollars
costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE F. THROCKMORTON v. CHARLES G. MEINKEN.— Motion denied, with
ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and
Martin, JJ.

In the Matter of the Petition of ESTHER MARGOLIS, as General Guardian of
SOLON COHEN and Others, re Estate of NATHAN COHEN, Deceased.— Motion
denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy
and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MAX
SILVERSTEIN and Others, re NATHAN COHEN, Deceased.— Motion denied, with
ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and
Martin, JJ.

CONRAD GASCHOTT v. THE LAND TITLE AND TRUST COMPANY.— Motion denied,
with ten dollars costs. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

ALBERT PLENGE v. BENJAMIN JOHNSON.— Motion denied, with ten dollars
costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

STREET & FINNEY, INC., v. DENMAN-MYERS CORD TIRE COMPANY and Another.